CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 2 2 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:04-CR-00047-6 |
| v. | ORDER |
| CARLTON N. LUCK, | JUDGE NORMAN K. MOON |
| *Petitioner - Defendant.* | |

In accordance with the accompanying memorandum opinion, the United States' motion to dismiss (docket #1337) is hereby **GRANTED in part** and **DENIED in part**: it is denied as to the ineffective assistance of appellate counsel claim and granted as to the remaining claims; except for his claim of ineffective assistance of appellate counsel, petitioner-defendant's claims are **DISMISSED**. Therefore, only petitioner-defendant's § 2255 claim of ineffective assistance of appellate counsel remains.

It is so ORDERED.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner-defendant and counsel of record for the United States.

ENTERED: This 22nd Day of January, 2009

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE